ACCEPTED
04-15-00279-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/11/2015 3:03:20 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00279-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/11/2015 3:03:20 PM
KEITH E. HOTTLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE 4TH DISTRICT, AT SAN ANTONIO, TEXAS

### ABDUL H. NUBANI

### V.

### COUNTY OF GUADALUPE, ET AL.

---

## APPELLANT'S AND APPELLEES' MOTION TO DISMISS APPEAL

### A. INTRODUCTION

1.  Appellant and Appellees ask the Court to dismiss this appeal.

2.  Appellant perfected the appeal on April 23, 2015.

3.  The Court has the authority under Texas Rule of Appellate Procedure 42.1(a)(2) to grant this motion to dismiss.

4.  The parties have reached an agreement to settle and compromise their differences.

### PRAYER

For these reasons, the parties ask the Court to grant this joint motion to dismiss. Costs on appeal should be taxed against Appellant.

Respectfully submitted,

LAW OFFICE OF JAMES S. FROST
113 West Gonzales
Seguin, Texas 78155
Telephone: (830) 303-0404
Facsimile: (830) 303-8584

BY: _____
JAMES S. FROST
State Bar No. 07489500
Attorney for Appellant
ABDUL H. NUBANI

McCREARY, VESELKA, BRAGG &
ALLEN, P.C.
700 Jeffrey Way, Suite 100
Round Rock, Texas 78665
Telephone: (512) 323-3200
Facsimile: (512) 323-3294

BY: _____
MATTHEW TEPPER
State Bar No. 24029008

Attorneys for COUNTY OF GUADALUPE

_____ 7-28-15
RANDALL R. SMIDT, Pro Se
State Bar No. 00798509
1207 Bay Oaks Road
Houston, Texas 77008
Telephone: 713-252-5613